IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JONATHAN DAVIS, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00049-TES-CHW |
| | * |
| GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 3, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of September, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk